# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**SHAKA BERMUDEZ, et al.,**
v.                                              CASE NUMBER: 98-1787 (DRD)
**1 WORLD PRODUCTIONS, INC. et al.**

## AMENDED JUDGMENT

The Court hereby modifies its judgment of June 23, 1999, so as to **DISMISS** plaintiff's claims against defendants Yoly Garraton and Wyndham International **with prejudice**. Further, having plaintiff failed to serve process on defendants Astrid Martinez and Orlin P. Goble, the Court hereby enters judgment **DISMISSING** this action **without prejudice** as to these defendants, and **without** imposition of costs, expenses or attorneys' fees.

Date: November *12*, 1999.

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

RECEIVED AND FILED
99 NOV 22 AM 8: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.