**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Plaintiff(s) *Shaka Bermúdez et al*          CIVIL NO. *98-1787* (DRD)

v.

Defendant(s) *1 World Productions, Inc.*
*et al*

| MOTION | ORDER |
|---|---|
| Docket entry no. *27* | ☐ GRANTED. |
| Date: *March 19, 1999.* | ☐ DENIED. |
| Title: *Notice to the Court re: plaintiff has failed to oppose the motions to dismiss filed by defendants Wyndham International and Yally Salvador.* | ☒ MOOT. ☐ NOTED. *dants' motion is, thus, moot. See Docket No. 36.* |
| *On June 28, 1999, the Court dismissed the complaint against defendants Wyndham International and Yally Salvador. Defen-* | *It is so ordered.* |

Date: _____*11 / 19 / 99*_____

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
99 NOV 22 AM 8:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

41