UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Shaka Bermudez et al          CIVIL NO. 98-1787 (DRD)

v.

Defendant(s) 1 World Productions et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 34 | ☒ GRANTED. |
| Date: June 23/1999 | ☒ DENIED. |
| Title: Motion to compel plaintiff to properly notify by mail his motions to the defendant's legal representations and motion to extend time to respond to Plaintiff's June 15 motion. Plaintiff is to notify all motions to defendants' legal representations, including Plaintiff's motion to show cause filed on | ☐ MOOT. ☐ NOTED. June 15, 1999. Defendants Wyndham Int'l and Yoly Sausalón lack standing to question the issuance of new summons against Defendants Astrid Martinez and Orlin Soble. Defendant's requested extension of time is DENIED. |

RECEIVED AND FILED
99 NOV 22 AM 8:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 11/19/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

