UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHAKA BERMUDEZ, et al.,
v.
1 WORLD PRODUCTIONS, INC. et al.,

CASE NUMBER: 98-1787 (DRD)

## ORDER

Defendants' motion submitting certification in support of imposition of attorneys' fees is **GRANTED**. (Docket No. 47). Plaintiffs did not oppose said motion. Furthermore, the $75.00 per hour fees requested are reasonable and within the boundaries of Coutin v. Young & Rubicam Puerto Rico, Inc., 124 F.2d 331 (1st Cir. 1997); Lipsett v. Blanco, 975 F.2d 934, 937 (1st Cir.1992). Accordingly, Plaintiffs are to pay to Defendants within thirty (30) days attorneys fees in the amount of $3,431.25.

Defendants' motion for an extension of time to file the certification in **MOOT**. (Docket No. 46).

IT IS SO ORDERED.

DATE: July 3/, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N\98-1787B FEE