UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Shaka Bermudez, et al.*   CIVIL NO. 98-1787 (DRD)

v.

Defendant(s) *1 World Productions, Inc., et al.*

| MOTION | ORDER |
|---|---|
| Docket entry no. 49 | ☐ GRANTED. |
| Date: 03/21/01 | ☐ DENIED. |
| Title: *Motion to dismiss* | ☐ MOOT. |
|  | ☐ NOTED. |

Pending before the Court is defendant David Kurland's Motion to Dismiss. To date, plaintiffs have not opposed said motion. The Court grant plaintiffs (10) days from receipt of this order to file an opposition to defendant's Motion to Dismiss. Failure to do so shall result in the Motion to Dismiss being summarily granted. No further extensions shall be granted. Term granted expires May 25, 2001.

IT IS SO ORDERED.

Date: May 14, 2001.

*[signature]*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**