# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**SHAKA BERMUDEZ, et al.,**
**Plaintiffs,**

v.                                                              Case Number: 98-1787(DRD)

**1 WORLD PRODUCTIONS, INC., et al.,**
**Defendants.**

## ORDER

Pending before the Court are Docket Nos. 50 and 52. The Court rules as follows:

| Docket No. | Ruling | Title |
|---|---|---|
| 50 | MOOT | Motion to Deem Motion to Dismiss Submitted. |
| 52 | DENIED | Motion to Withdraw from Legal Representation. |

The Court acknowledges that counsel has lost all communication with his client. However, counsel for Shaka Bermudez needs to provide the Court the last known address of co-plaintiff Bermudez, in order for the Clerk of the Court to send her all future notices and filings. Accordingly, the motion to withdraw is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

July 18, 2001.

DANIEL R. DOMINGUEZ
U.S District Judge

