# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**SHAKA BERMUDEZ, et al.,**
**Plaintiffs,**

**v.**                                                         CASE NUMBER: 98-1787 (DRD)

**1 WORLD PRODUCTIONS, INC., et al.,**
**Defendants**

### ORDER

   **BY ORDER OF THE COURT**, a Settlement Conference is hereby set for **October 24, 2001 at 5:30 p.m.** The parties are appear fully prepared to discuss the possibility of settlement in this case.

**IT IS SO ORDERED.**

DATE: September 0 4 , 2001.                          DANIEL R. DOMINGUEZ
                                                     U.S. District Judge

P:\PeachOrders\98-1787.ORDwpd.wpd