UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: October 24, 2001
**CIVIL NO. 98-1787 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

===========================================================================

**SHAKA BERMUDEZ, et al.,**  Attorney: **NO SHOW**
Plaintiffs,
    v.
**1 WORLD PRODUCTIONS, INC.,**  Charles **FITZWILLIAM**
et al.,  Jose **VAZQUEZ-GARCIA**
Defendants.

===========================================================================

    A Status Conference was scheduled for today. It began at 6:25 PM and ended at 6:35 PM, due to the absence of counsel for Plaintiffs. The counsel for Defendants advised the Court of the status of the case, the pending motions, but mostly, of counsel for Plaintiffs' lack of prosecution and diligence, and lack of compliance with the Court's orders. Counsel for Defendants not only reminded the Court that their Motion to Dismiss Under Rule 12(B)(6) is still pending, (Docket No. 56), they also moved the Court to dismiss against Plaintiffs, inter alia, for lack of prosecution. Furthermore, counsel for Defendants also reminded the Court that an order to pay attorney fees still has not been complied. (See Docket No. 48).

    After reviewing the record, the Court indeed again became aware of counsel for Plaintiffs' lack of diligence. Therefore, the Court **grants** Defendants' motion to dismiss, among other factors, for lack of prosecution. **The Court will enter order and judgment accordingly.**

                                                       **DANIEL R. DOMINGUEZ**
                                                        **U.S. DISTRICT JUDGE**

s/c: Parties to be notified.

N:\98-1787 sc.wpd