UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO



SHAKA BERMUDEZ, et al.,

    Plaintiffs,

        v.

1 WORLD PRODUCTIONS, INC.,
et al.,

    Defendants.

CIVIL NO. 98-1787 (DRD)

## JUDGMENT

For the reasons set out in the Opinion and Order filed on this same date, the court hereby enters judgment **DISMISSING** the instant complaint **WITH PREJUDICE** and with the imposition of court costs and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, October 31, 2001.

**DANIEL R. DOMINGUEZ**
U.S. District Judge

N:\98-1787 FinalORD.wpd