IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**SHAKA BERMUDEZ,** et als.,

Plaintiffs,

v.

**1 WORLD PRODUCTION, INC.,** et al.,

Defendants.

CIVIL NO. 98-1787

## MOTION FOR EXECUTION OF JUDGMENT

TO THE HONORABLE COURT:

The defendant, 1 World Production, Inc. by its undersigned attorney, alleges that:

1. Judgment was entered on August 22, 2002, dismissing the complaint and ordering the plaintiffs, Shaka Bermudez and his attorney, Marcos A Rivera Ortiz to pay the amount of $15,275 to the opposing party.

2. Neither, the plaintiff Shaka Bermudez, or his attorney Marcos A. Rivera Ortiz, have paid to the defendant the sums of money therein adjudged to be paid.

3. More than thirty days have elapsed from the date the judgment was entered. Said judgment is final.

4. The defendant asks this Court to appoint as receiver of any executed property Mr. Aguedo de la Torre.

**WHEREFORE,** defendant prays that the US Marshal be ordered to proceed forthwith the garnishment, attached or restraining of the plaintiff's assets and properties, delivering them to the appointed receiver issue an order for the public sale of the executed property.

At San Juan, Puerto Rico, on this 31st day of July 2006.

### CERTIFICATE OF SERVICE

I herby certify that on San Juan, Puerto Rico, this July 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this July 31, 2006.

 S/ JOSÉ M. CARRERAS
JOSE M. CARRERAS
USDCPR No. 212403
Attorney for Co-Defendants
1World Productions, Inc.
#1428 Paz Granela
Urb. Santiago Iglesias
San Juan, PR 00921
Tel.  (787) 749-9502
Fax  (787) 749-9589
E-mail:  jcarrera@coqui.net